QUEENSIDE HILLS REALTY CO., INC., Appellant, against WILLIAM WILSON, as Commissioner of Housing and Buildings of the City of New York, Respondent.

Argued June 13, 1945; decided July 19, 1945.

*George G. Lake* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Francis A. Fullam, Jr.,* and *James Hall Prothero* of counsel), for respondent.

Judgment affirmed, with costs; no opinion. [See 295 N. Y. 567.]

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.